44 So.2d 920

**Litt PENDERGRASS v. CITY OF GUN-
TERSVILLE.**

8 Div. 750.

Court of Appeals of Alabama.
Jan. 19, 1950.

Appeal from Circuit Court, Marshall
County; J. S. Stone, Judge.

Driving while intoxicated.

PER CURIAM.
Appeal dismissed, want of prosecution.

44 So.2d 38

**Rosa PENNY v. STATE.**
6 Div. 913.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa
County; W. C. Warren, Judge.
Reckless driving.
A. A. Carmichael, Atty. Gen., for the
State.

CARR, Judge.
Affirmed.

44 So.2d 920

**Tommy PERRY v. STATE.**
7 Div. 35.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Talladega
County; Leslie C. Longshore, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the
State.

CARR, Judge.
Affirmed.

46 So.2d 864

**Frank PETERS v. STATE.**
6 Div. 311.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Chilton
County; Oakley W. Melton, Judge.

Driving while intoxicated.

A. A. Carmichael, Atty. Gen., for the
State.

CARR, Judge.
Affirmed.

46 So.2d 865

**Frank PETERS v. STATE.**
5 Div. 312.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Chilton
County; Oakley W. Melton, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the
State.

HARWOOD, Judge.
Affirmed.

46 So.2d 865

**Hugh Frank PETERS v. STATE.**
5 Div. 310.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Chilton
County; Oakley W. Melton, Judge.

Reckless driving.

A. A. Carmichael, Atty. Gen., for the
State.

BRICKEN, Presiding Judge.
Affirmed.